MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
CHRISTOPHER D. PHIPPS
Nevada Bar No. 3788
E-mail:  Christopher.Phipps@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for Costco Wholesale Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAULINE BAHAT, individually, | Case No.: 2:17-cv-1139 |
| Plaintiff, | **Costco Wholesale Corporation's Motion to Remove Counsel from Service List** |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DAVID "LAST NAME UNKNOWN", an individual; DOES I through X; and ROE CORPORATION I through X, inclusive, | |
| Defendants. | |

Costco Wholesale Corporation moves to remove attorney Kym Cushing from the CM/ECF electronic service list.  Mr. Cushing is no longer affiliated with Wilson Elser Moskowitz Edelman & Dicker  and no longer represents Costco Wholesale Corporation in this matter.

DATED this 5th day of March, 2018.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

*/s/ Michael P. Lowry*

MICHAEL P. LOWRY, ESQ.
CHRISTOPHER D. PHIPPS, ESQ.
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Costco Wholesale Corporation

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  3-5-2018

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman |
| 3 | & Dicker LLP, and that on March 5, 2018, I served **Costco Wholesale Corporation's Motion to** |
| 4 | **Remove Counsel from Service List**: |

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

Glenn A. Paternoster, Esq.
Dustin E. Birch, Esq.
PATERNOSTER LAW GROUP
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101
702.654.1111; FAX 702.522.1522
*Attorneys for Plaintiff*

BY  */s/ Michael P. Lowry*
     An Employee of
     WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP