| | |
|---|---|
| 1 | **CHRISTOPHER D. PHIPPS** |
| | Nevada Bar No. 3788 |
| 2 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| | 300 South Fourth Street, 11th Floor |
| 3 | Las Vegas, NV 89101 |
| | (702) 727-1400; Fax: (702) 727-1401 |
| 4 | Christopher.Phipps@wilsonelser.com |
| | Attorneys for Defendant COSTCO WHOLESALE CORPORATION |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAULINE BAHAT, individually, | Case Number: 2:17-cv-01139-MMD-VCF |
| Plaintiff, | |
| v. | **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DAVID "LAST NAME UNKNOWN", an individual; DOES I through X; and ROE CORPORATION I through X, inclusive, | |
| Defendants. | |

Defendant, Costco Wholesale Corporation ("Costco"), by and through its counsel of record, Christopher D. Phipps, Esq. of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP (the "firm"), respectfully moves the court to remove Michael P. Lowry from the CM/ECF Service List as he is no longer a participant in this case.

DATED this 3rd day of April, 2018.

                                              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                              BY: */s/ Christopher D. Phipps*
                                                   **CHRISTOPHER D. PHIPPS**
                                                   Nevada Bar No. 3788
                                                   300 South Fourth Street, 11th Floor
                                                   Las Vegas, NV 89101
                                                   Attorneys for Defendant
                                                   COSTCO WHOLESALE CORPORATION

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-3-2018

1280490v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this 3rd day of April, 2018, I served a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

- ☐ via hand-delivery to the addressees listed below; and/or

- ☐ by transmitting via email the document listed above to the email address(es) set forth below.

Glenn A. Paternoster, Esq.
Dustin E. Birch, Esq.
PATERNOSTER LAW GROUP
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101
702.654.1111; FAX 702.522.1522
*Attorneys for Plaintiff*

BY _/s/ Adrina Harris_____
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1280490v.1