1  **CHRISTOPHER D. PHIPPS**
   Nevada Bar No. 3778
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
3  Las Vegas, Nevada 89101
   (702) 727-1400; Fax: (702) 727-1401
4  Christopher.Phipps@wilsonelser.com
   Attorneys for Defendant COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAULINE BAHAT, individually, | Case Number: 2:17-cv-01139-MMD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DAVID "LAST NAME UNKNOWN", an individual; DOES I through X; and ROE CORPORATION I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Pauline Bahat, and defendant, Costco Wholesale Corporation, and each party's respective attorneys of record, that plaintiff's complaint against defendant Costco Wholesale Corporation and all causes of action contained therein, be dismissed with prejudice in its entirety, with each party to bear its own fees and costs.

. . .

. . .

. . .

1345106v.1

This stipulation is entered into in light of the recent settlement reached between the parties in this case, in good faith, in the interest of judicial economy and not for the purposes of delay.

DATED this 1st day of August, 2018.          DATED this 31st day of July, 2018.

**WILSON ELSER MOSKOWITZ**                    **PATERNOSTER LAW GROUP**
**EDELMAN & DICKER LLP**

_____                 _____
Christopher D. Phipps                         Glenn A. Paternoster, Esq.
Nevada Bar No. 3778                           Dustin E. Birch, Esq.
300 South Fourth Street, 11th Floor           400 S. Fourth Street, Third Floor
Las Vegas, NV 89101-6014                      Las Vegas, Nevada 89101
Attorney for Defendant                        702.654.1111; FAX 702.522.1522
*Costco Wholesale Corporation*                *Attorneys for Plaintiff*

## ORDER

Based upon the above stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that plaintiff Pauline Bahat's Complaint against defendant Costco Wholesale Corporation, Case No. 2:17-cv-01139-MMD-VCF, be dismissed with prejudice in its entirety, with each party to bear fees and costs, as noted in the stipulation.

DATED this 3rd day of August, 2018.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

Submitted by:

**WILSON ELSER MOSKOWITZ EDELMAN**
   **& DICKER, LLP**

By: _____
Jorge A. Ramirez
Nevada Bar No. 6787
Mark C. Severino
Nevada Bar No. 14117
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Attorney for Defendant
*Costco Wholesale Corporation*

1345106v.1